UNITED STATES BANKRUPTCY COURT FOR
WESTERN DISTRICT OF WASHINGTON IN SEATTLE

| | |
|---|---|
| In Re:<br>ALLANA GRACE ELLIS,<br>                Debtor.<br>DAVID YEE,<br>                Plaintiff,<br>v.<br>ALLANA GRACE ELLIS,<br>                Defendant. | In re Chapter 7 Proceeding<br>NO. 16-10066-MLB<br>ADV. PROC. NO.<br>COMPLAINT TO OBJECT TO DISCHARGEABILITY OF DEBT |

Plaintiff states and alleges as follows:

**JURISDICTION**

1. This court has jurisdiction to determine whether the defendant debtor is entitled, under 11 U.S.C. § 523(a)(2), to a discharge of her debt to plaintiff.

**PARTIES**

2. Plaintiff David Yee is an individual residing in King County.

3. Defendant Alanna Ellis is an individual residing in King County.

COMPLAINT TO OBJECT TO DISCHARGEABILITY OF DEBT
– Page 1

**HULTMAN LAW OFFICE**
218 MAIN ST., #477
KIRKLAND, WASHINGTON 98033
(425) 943-0649

Case 16-01266-CMA    Doc 1    Filed 12/16/16    Ent. 12/16/16 12:02:14    Pg. 1 of 2

# CLAIM FOR RELIEF – NON-DISCHARGEABILITY OF DEBT

4. Yee initiated an action in state court against Brad and Alanna Ellis for fraud. Alanna Ellis filed for bankruptcy while that action was pending. *In re Ellis*, No. 09017341-KAO.

5. Yee initiated an adversary proceeding against Ellis. *Yee v. Ellis*, Adv. Pro. No. 10-01553-MLB. Yee and Ellis entered into a Stipulation and Order requiring Ellis to make certain payments, and upon failure to do so, Yee was entitled to a judgment for $50,000, plus interest, that would be non-dischargeable in bankruptcy.

6. Ellis failed to make the required payments. Yee initiated another state court action against Alanna Ellis to obtain judgment. *Yee v. Ellis*, King Co. Sup. Ct. No. 14-2-21021-3 SEA. Yee obtained judgment against Ellis for $98,227.47, plus interest, on September 4, 2015. The judgment is non-dischargeable in bankruptcy.

7. Ellis has failed to make any payments towards the 2015 judgment.

9. Ellis is not entitled to a discharge of her debt to plaintiff.

# PRAYER FOR RELIEF

WHEREFORE plaintiff prays for relief as follows:

A. For a determination that the state court judgment by Yee against Ellis is non-dischargeable;

B. For reasonable attorney's fees and costs; and

C. For such other and further relief as the Court deems just and equitable.

DATED this <u>16th</u> day of December, 2016.

HULTMAN LAW OFFICE


By /s/ _____
   Eric R. Hultman, WSB #17414
   Attorney for Plaintiff

COMPLAINT TO OBJECT TO DISCHARGEABILITY OF DEBT – Page 2

**HULTMAN LAW OFFICE**
218 MAIN ST., #477
KIRKLAND, WASHINGTON 98033
(425) 943-0649

Case 16-01266-CMA    Doc 1    Filed 12/16/16    Ent. 12/16/16 12:02:14    Pg. 2 of 2