**Below is the Order of the Court.**

Christopher M. Alston
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Alanna Grace Ellis,<br><br>    Debtor. | Case No. 16-10066 |
| David Yee,<br><br>    Plaintiff,<br>v.<br>Alanna Grace Ellis,<br><br>    Defendant. | Adv. No. 16-01266<br><br>ORDER ON MOTION FOR SUMMARY JUDGMENT |

  This matter came before the Court on the Plaintiff's Motion for Summary Judgment (the "Motion") (ECF. No 15). A hearing was held on August 10, 2017, at which the Court made findings of fact and conclusions of law that are incorporated herein. Now, therefore, it is hereby

Order - 1

**Below is the Order of the Court.**

ORDERED that the Motion is DENIED.

///END OF ORDER///

Order - 2